**Joel S. MEISEL; New World Parking, Incorporated; Worldwide Parking Incorporated, Plaintiffs–Appellants,**

v.

**Besir Kemal USTAOGLU; Hasibe Ustaoglu; Repimeks Dis Ticaret Limited Sirketi, Defendants–Appellees.**

No. 00–1552.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided March 6, 2001.

Catherine E. Bocskor, Rockville, MD, for appellants. Steven A. Hammond, Hughes, Hubbard & Reed, L.L.P., New York, NY; Robert M. Kennedy, Hughes, Hubbard & Reed, L.L.P., Washington, DC, for appellees.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joel Meisel, New World Parking, Inc., and Worldwide Parking, Inc., appeal the district court's order dismissing this action on the grounds of forum non conveniens and international comity. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Meisel v. Ustaoglu,* No. CA–98–3863–AW (D.Md. filed Mar. 31; entered Apr. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*